IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE MARTIEZ,

        Petitioner,

  v.

C. NOLL, Warden,

        Respondent.

                            /

No. CV-10-4396  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

     **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED**

     1. The petition for a writ of habeas corpus is hereby DISMISSED.

     2. A certificate of appealability is hereby DENIED.

Dated: February 2, 2011

                             Richard W. Wieking, Clerk

                             *Tracy Lucero*

                             By: Tracy Lucero
                             Deputy Clerk